# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MORAN, EDITH MARIE | § | Case No. 11-01493 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/09/2012 in Courtroom 4016,
DuPage County Courthouse
505 N. County Farm Rd.
Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/11/2012 _____          By: KENNETH S. GARDNER _____
                                                    Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                      §
                                            §
MORAN, EDITH MARIE                          §         Case No. 11-01493
                                            §
                 Debtor(s)                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |  |
|---|---|---|
| The Final Report shows receipts of | $ | 23,835.03 |
| and approved disbursements of | $ | 345.70 |
| leaving a balance on hand of[1] | $ | 23,489.33 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $        2,381.67 | $        0.00 | $        2,381.67 |
| Other: International Sureties | $        21.40 | $        21.40 | $        0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,381.67 |
| Remaining Balance | $ | 21,107.66 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,517.53  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Compass Bank (Unsecured) | $          13,517.53 | $          0.00 | $          13,517.53 |

Total to be paid to timely general unsecured creditors        $            13,517.53

Remaining Balance        $            7,590.13

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.3  % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 71.79 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 7,518.34 .

Prepared By: /s/GINA B. KROL
                                                         Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-01493-DRC
Edith Marie Moran                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1            User: bchavez           Page 1 of 4            Date Rcvd: Oct 12, 2012
                               Form ID: pdf006         Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2012.
```
db          +Edith Marie Moran,    8514 Thistlewood Court,    Darien, IL 60561-8402
16675680    +American Home Mtg Svci,    4600 Regent Blvd Ste 200,    Irving, TX 75063-2478
16675681    +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
16675682    +Amrcn Hm Mtg,    Po B   631730,    Irving, TX 75063-0002
16675684    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16675686    +Bankunited,    7815 Nw 148th St,    Miami Lakes, FL 33016-1554
16675687    +Bp/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
16675688    +Charlotte County Treasurer,    18500 Murdock Circle,    Port Charlotte, FL 33948-1068
17221277    +Compass Bank (Unsecured),    P.O. Box 201347,    Arlington, TX 76006-1347
16675692     Florida Department of Revenue,    5050 W Tennesse St,    Tallahasse, FL 32399-0100
17019891     Florida Department of Revenue,    5050 W Tennesse St,    Tallahassee, FL 32399-0100
17078923     Florida Department of Revenue,    5050 West Tennessee Street,    Tallahassee, FL 32399-0100
16675693     Florida Department of Revenue,    5050 West Tennessee Street,    Building L,
              Tallahassee, FL 32399-0100
17019896    +Gregory A. Adamski,    Adamski & Conti,    100 N. LaSalle Street; Suite 1520,
              Chicago, IL 60602-3532
16675697    +Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
17019900     Legacy Dunes Condominium,    c/o  The Continental Group, Inc.,    P.O. Box 028151,
              Miami, FL 33102-8151
16675700    +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
16675701    +Oakbrookbk,    2021 Spring Rd,    Oak Brook, IL 60523-1813
16675702    +Orange County Florida Treasurer,    400 South Orange,    Unit #4,    Orlando, FL 32801-3360
16675703     Osceola County Florida,    Office of Commission Auditor,    P.O. Box 423066,
              Kissimmee, FL 34742-3066
16675704    +Pnc Bank,    1001 S Washington St,    Naperville, IL 60540-7400
16675705    +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
17019907     Runaway Beach Club Condo,    c/o The Continental Group, Inc.,    P.O. Box 028103,
              Miami, FL 33102-8103
16675706    +San Simeon Condominium Unit Owners,    c/o City Property Management Compan,
              4645 East Cotton Gin Loop,    Phoenix, AZ 85040-8885
17019909     San Simeon Condominiums Unit Owner,    P.O. Box 62438,    Phoenix, AZ 85082-2438
16675707    +Sst/Jpmc,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
16675708    +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
17019912     The Foothills Master Association,    Rossmar & Graham,    P.O. Box 54700,
              Los Angeles, CA 90054-0700
16675709    +Usaa Fsb,    9800 Fredericksbrg,    San Antonio, TX 78288-0002
16675710    +Usaa Savings Bank,    Po Box 47504,    San Antonio, TX 78265-7504
16675711   ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court: Von Maur,    6565 Brady St,    Davenport, IA 52806-2054)
16675712   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
16675713    +West Suburban Bank,    711 S Westmore Ave,    Lombard, IL 60148-3770
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17019882     E-mail/Text: bankruptcynotices@azdor.gov Oct 13 2012 00:26:54     Arizona Department of Revenue,
              Taxpayer Informaiton & Assistance,    PO Box 29086,    Phoenix, AZ 85038-9086
16675683     E-mail/Text: bankruptcynotices@azdor.gov Oct 13 2012 00:26:54     Arizona Department of Revenue,
              Taxpayer Information & Assistance,    PO Box 29086,    Phoenix, AZ 85038-9086
16675689    +E-mail/Text: bankruptcy@bbvacompass.com Oct 13 2012 00:28:21     Compass Bank,    Po Box 10566,
              Birmingham, AL 35296-0001
16675690    +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 13 2012 00:37:38     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
16675691    +E-mail/Text: collector@dupageco.org Oct 13 2012 00:31:23     DuPage County Treasurer,
              421 North County Farm Road,    Wheaton, IL 60187-3992
16675696     E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2012 00:37:17     Green Tree Servicing L,
              332 Minnesota St Ste 610,    Saint Paul, MN 55101
16675694    +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2012 00:39:27     Gemb/Sams Club,    Po Box 981400,
              El Paso, TX 79998-1400
16675695    +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2012 00:38:40     Gemb/Sams Club Dc,    Po Box 981400,
              El Paso, TX 79998-1400
16675698     E-mail/Text: cio.bncmail@irs.gov Oct 13 2012 00:23:27     Internal Revenue Service,
              ACS Support - Stop 813G,    P.O. Box 145566,    Cincinnati, OH 45250-5566
16675699    +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 13 2012 00:27:27     Kohls/Chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                         TOTAL: 10
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1          User: bchavez         Page 2 of 4              Date Rcvd: Oct 12, 2012
                              Form ID: pdf006        Total Noticed: 43

17019879*    +American Home Mtg Svci,    4600 Regent Blvd Ste 200,   Irving, TX 75063-2478
17019880*    +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
17019881*    +Amrcn Hm Mtg,   Po B   631730,   Irving, TX 75063-0002
17078922*     Arizona Department of Revenue,   Taxpayer Information & Assistance,   PO Box 29086,
              Phoenix, AZ 85038-9086
17019883*    +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
17019884*    +Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
17019885*    +Bankunited,   7815 Nw 148th St,   Miami Lakes, FL 33016-1554
17019886*    +Bp/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
17019887*    +Charlotte County Treasurer,   18500 Murdock Circle,   Port Charlotte, FL 33948-1068
17019888*    +Compass Bank,   Po Box 10566,   Birmingham, AL 35296-0001
17643994*    +Compass Bank (Unsecured),   P.O. Box 201347,   Arlington, TX 76006-1347
17019889*    +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
17019890*    +DuPage County Treasurer,   421 North County Farm Road,   Wheaton, IL 60187-3992
17019892*     Florida Department of Revenue,   5050 West Tennessee Street,   Building L,
              Tallahassee, FL 32399-0100
17019895* ++++GREEN TREE SERVICING L,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
              (address filed with court: Green Tree Servicing L,   332 Minnesota St Ste 610,
              Saint Paul, MN 55101)
17019893*    +Gemb/Sams Club,   Po Box 981400,   El Paso, TX 79998-1400
17019894*    +Gemb/Sams Club Dc,   Po Box 981400,   El Paso, TX 79998-1400
17019898*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
              PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,   ACS Support - Stop 813G,   P.O. Box 145566,
              Cincinnati, OH 45250-5566)
17019897*    +Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
17019899*    +Kohls/Chase,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
17019901*    +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
17019902*    +Oakbrookbk,   2021 Spring Rd,   Oak Brook, IL 60523-1813
17019903*    +Orange County Florida Treasurer,   400 South Orange,   Unit #4,   Orlando, FL 32801-3360
17019904*     Osceola County Florida,   Office of Commission Auditor,   P.O. Box 423066,
              Kissimmee, FL 34742-3066
17019905*    +Pnc Bank,   1001 S Washington St,   Naperville, IL 60540-7400
17019906*    +Rnb-Fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
17019908*    +San Simeon Condominium Unit Owners,   c/o City Property Management Compan,
              4645 East Cotton Gin Loop,   Phoenix, AZ 85040-8885
17019910*    +Sst/Jpmc,   4315 Pickett Rd,   Saint Joseph, MO 64503-1600
17019911*    +Target Nb,   Po Box 673,   Minneapolis, MN 55440-0673
17019913*    +Usaa Fsb,   9800 Fredericksburg,   San Antonio, TX 78288-0002
17019914*    +Usaa Savings Bank,   Po Box 47504,   San Antonio, TX 78265-7504
17019915*   ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,   6565 Brady St,   Davenport, IA 52806-2054)
17019916*   ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,   Frederick, MD 21701)
17019917*    +West Suburban Bank,   711 S Westmore Ave,   Lombard, IL 60148-3770
16675685   ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                         TOTALS: 0, * 34, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: bchavez          Page 3 of 4          Date Rcvd: Oct 12, 2012
                             Form ID: pdf006          Total Noticed: 43

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2012**                          **Signature:** _____

District/off: 0752-1          User: bchavez          Page 4 of 4          Date Rcvd: Oct 12, 2012
                              Form ID: pdf006        Total Noticed: 43


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2012 at the address(es) listed below:
          David C. Nelson    on behalf of Debtor Edith Moran dcnelson@nelsonlawoffice.com,
           deanna.trejo@nelsonlawoffice.com
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
           m
          Gina B Krol    on behalf of Trustee Gina Krol kingkrol@aol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
           m
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Susan J. Notarius    on behalf of Creditor  BankUnited, FSB snotarius@Klueverplatt.com,
           nparikh@klueverplatt.com
          Timothy R Yueill    on behalf of Creditor  Deutsche Bank National Trust Company
           timothyy@nevellaw.com
          Yan  Teytelman    on behalf of Trustee Gina Krol notice@billbusters.com,
           Billbusters@BestClientinc.com;law_4321@yahoo.com
                                                                                        TOTAL: 7