# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
MORAN, EDITH MARIE § Case No. 11-01493
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/GINA B. KROL_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Edith Moran |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Home Mtg Svci 4600 Regent Blvd Ste 200 Irving, TX 75063 | | | | | |
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| | Bankunited 7815 Nw 148th St Miami Lakes, FL 33016 | | | | | |
| | Charlotte County Treasurer 18500 Murdock Circle Port Charlotte, FL 33948 | | | | | |
| | DuPage County Treasurer 421 North County Farm Road Wheaton, IL 60187 | | | | | |
| | Florida Department of Revenue 5050 West Tennessee Street Building L Tallahassee, FL 32399-0100 | | | | | |
| | Green Tree Servicing L 332 Minnesota St Ste 610 Saint Paul, MN 55101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Orange County Florida Treasurer 400 South Orange Unit #4 Orlando, FL 32801 | | | | | |
| | Osceola County Florida Office of Commission Auditor P.O. Box 423066 Kissimmee, FL 34742-3066 | | | | | |
| | San Simeon Condominium Unit Owners c/o City Property Management Compan 4645 East Cotton Gin Loop Phoenix, AZ 85040 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arizona Department of Revenue | | | | | |
| | Florida Department of Revenue | | | | | |
| | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664 | | | | | |
| | Internal Revenue Service ACS Support - Stop 813G P.O. Box 145566 Cincinnati, OH 45250-5566 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amrcn Hm Mtg Po B 631730 Irving, TX 75063 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bankunited 7815 Nw 148th St Miami Lakes, FL 33016 | | | | | |
| | Bankunited 7815 Nw 148th St Miami Lakes, FL 33016 | | | | | |
| | Bp/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Gemb/Sams Club Dc Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/Sams Club Po Box 981400 El Paso, TX 79998 | | | | | |
| | Kohls/Chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Oakbrookbk 2021 Spring Rd Oak Brook, IL 60521-1813 | | | | | |
| | Pnc Bank 1001 S Washington St Naperville, IL 60540 | | | | | |
| | Pnc Bank 1001 S Washington St Naperville, IL 60540 | | | | | |
| | Rnb-Fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Rnb-Fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Sst/Jpmc 4315 Pickett Rd Saint Joseph, MO 64503 | | | | | |
| | Target Nb Po Box 673 Minneapolis, MN 55440 | | | | | |
| | Usaa Fsb 9800 Fredericksburg San Antonio, TX 78288 | | | | | |
| | Usaa Savings Bank Po Box 47504 San Antonio, TX 78265 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Von Maur 6565 Brady St Davenport, IA 52806-2054 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| | West Suburban Bank 711 S Westmore Ave Lombard, IL 60148 | | | | | |
| 000001 | COMPASS BANK (UNSECURED) | | | | | |
| | COMPASS BANK (UNSECURED) | | | | | |
| | EDITH MORAN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 11-01493  INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  Desc Main  Page: 1
Doc 42  Filed 01/27/13  Entered 01/27/13 13:25:28
ASSET CASES
Document  Page 11 of 15

| Case No: | 11-01493 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL | Exhibit 8 |
| Case Name: | MORAN, EDITH MARIE | | | Date Filed (f) or Converted (c): | 01/14/11 (f) | |
| | | | | 341(a) Meeting Date: | 03/22/11 | |
| For Period Ending: 12/20/12 | | | | Claims Bar Date: | 06/23/11 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8514 THISTLEWOOD COURT; DARIEN, IL 60561 | 290,000.00 | 0.00 | | 0.00 | FA |
| 2. 16013 SOUTH DESERT FOOTHILLS PARKWAY UNIT #1073 PH | 118,000.00 | 0.00 | | 0.00 | FA |
| 3. 8801 DUNES COURT; APT 4-101; KISSIMEE, FL | 55,000.00 | 0.00 | | 0.00 | FA |
| 4. 5002 MANGROVE ALY; BUILDING 8 UNIT 202; KISSIMEE, | 50,000.00 | 0.00 | | 0.00 | FA |
| 5. 8186 SANTA CRUZ DRIVE (LOT); PORT CHARLOTTE, FL | 25,000.00 | 0.00 | | 0.00 | FA |
| 6. 14289 LIGHTHOUSE KEY PARKWAY UNIT #02-504; KISSIMM | 50,000.00 | 0.00 | | 0.00 | FA |
| 7. CASH ON SELF | 50.00 | 0.00 | | 0.00 | FA |
| 8. WEST SUBURBAN BANK OF DARIEN | 100.00 | 0.00 | | 0.00 | FA |
| 9. WEST SUBURBAN BANK #5060 | 100.00 | 0.00 | | 0.00 | FA |
| 10. SCHWAB #5803 | 100.00 | 0.00 | | 0.00 | FA |
| 11. DESK, TABLE, CHAIRS, KITCHEN UTENSILS, TV, 2 BEDS, | 400.00 | 0.00 | | 0.00 | FA |
| 12. NECESSARY WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 13. STATE OF ILLINOIS DEFINED BENEFIT PENSION. INCOME | 0.00 | 0.00 | | 0.00 | FA |
| 14. VANGUARD ROTH IRA #9047 | 17,598.00 | 0.00 | | 0.00 | FA |
| 15. FIDELITY #1408 | 12,122.00 | 0.00 | | 0.00 | FA |
| 16. AMERICAN FUNDS #0664 | 167,334.00 | 0.00 | | 0.00 | FA |
| 17. 1998 TOYOTA RAV4; 165,000 MILES | 2,400.00 | 0.00 | | 0.00 | FA |
| 18. 2006 MINI COOPER CONVERTIBLE; 28,000 MILES | 12,420.00 | 0.00 | | 9,170.00 | FA |
| 19. TAX REFUND (u) | 0.00 | 14,662.00 | | 14,662.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.03 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $800,924.00 | $14,662.00 | | $23,835.03 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

LFORM1  Ver: 17.00b

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-01493    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | MORAN, EDITH MARIE | Date Filed (f) or Converted (c): | 01/14/11 (f) |
| | | 341(a) Meeting Date: | 03/22/11 |
| | | Claims Bar Date: | 06/23/11 |

Initial Projected Date of Final Report (TFR): 05/31/12     Current Projected Date of Final Report (TFR): 12/31/12

/s/    GINA B. KROL
_____    Date: _____
        GINA B. KROL

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Page: 1

| Case No: | 11-01493 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | MORAN, EDITH MARIE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0410 Checking Account |
| Taxpayer ID No: | *******5382 | | | |
| For Period Ending: | 12/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 23,489.33 | | 23,489.33 |
| 11/09/12 | 030001 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 2,381.67 | 21,107.66 |
| 11/09/12 | 030002 | Compass Bank (Unsecured)<br>P.O. Box 201347<br>Arlington, TX 76006 | Claim 000001, Payment 100.34126%<br>(1-1) Modified on 8/10/2011 to<br>correct creditors address (OZ) | | | 13,563.66 | 7,544.00 |
| | | | Claim 13,517.53 | 7100-900 | | | |
| | | | Interest 46.13 | 7990-000 | | | |
| 11/09/12 | 030003 | Edith Moran | Surplus | | | 7,544.00 | 0.00 |
| | | | Claim 7,518.34 | 8200-002 | | | |
| | | | Interest 25.66 | 7990-000 | | | |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 23,489.33 | 23,489.33 | 0.00 |
| Less: Bank Transfers/CD's | 23,489.33 | 0.00 | |
| Subtotal | 0.00 | 23,489.33 | |
| Less: Payments to Debtors | | 7,544.00 | |
| Net | 0.00 | 15,945.33 | |

Page Subtotals  23,489.33  23,489.33

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 17.00b

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 11-01493 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MORAN, EDITH MARIE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4001 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5382 | | | |
| For Period Ending: | 12/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/24/11 | 19 | Internal Revenue Service | Tax Refund | 1224-000 | 14,662.00 | | 14,662.00 |
| 05/24/11 | 18 | Edith Moran<br>8514 Thistlewood Ct.<br>Darien, IL 60561 | Equity in Vehicle | 1129-000 | 9,170.00 | | 23,832.00 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 23,832.04 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,832.24 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,832.44 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 23,832.65 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,832.85 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,833.05 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.36 | 23,802.69 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,802.89 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.35 | 23,773.54 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,773.74 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.31 | 23,744.43 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 23,744.64 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.14 | 23,713.50 |
| 02/06/12 | 000301 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 21.40 | 23,692.10 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 23,692.29 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.17 | 23,664.12 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 23,664.31 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.10 | 23,635.21 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,635.41 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.03 | 23,605.38 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,605.58 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.99 | 23,575.59 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 23,575.78 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.02 | 23,547.76 |

Page Subtotals 23,834.63 286.87

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-01493 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | MORAN, EDITH MARIE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4001 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5382 | | | |
| For Period Ending: | 12/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 23,547.97 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.88 | 23,517.09 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.19 | | 23,517.28 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 27.95 | 23,489.33 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 23,489.33 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 23,835.03 | 23,835.03 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 23,489.33 | |
| Subtotal | 23,835.03 | 345.70 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 23,835.03 | 345.70 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0410 | 0.00 | 15,945.33 | 0.00 |
| Money Market Account (Interest Earn - ********4001 | 23,835.03 | 345.70 | 0.00 |
| | 23,835.03 | 16,291.03 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ GINA B. KROL _____ Date: 12/20/12
GINA B. KROL

Page Subtotals  0.40   23,548.16

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Ver: 17.00b

LFORM24